UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Thomas Grant,

                Petitioner,                          19 **CIVIL** 743 (AJN)(DCF)

       -against-                                  **JUDGMENT**

Paul M. Gonyea,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 20, 2022, the Court adopts the Report & Recommendation in its entirety and dismisses Petitioner's § 2254 petition for the reasons provided in Judge Freeman's Report and Recommendation. Because Petitioner "has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue." Perez v. United States, No. 04-CV-7148 (JSR), 2007 WL 685949, at *1 (S.D.N.Y Jan. 29, 2007) (citing 28 U.S.C. § 2253). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York
           April 20, 2022

                                                                            **RUBY J. KRAJICK**

                                                                                **Clerk of Court**

                                            **BY:**

                                                                                 **Deputy Clerk**